UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JORGE MARCO ANTONIO BATEN MADRID,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN, Purgatory Correctional Facility, et al,<br><br>               Respondents. | **ORDER TO ENFORCE COURT ORDER AND DISMISS PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**<br><br>Case No. 4:26-cv-00051-DN<br><br>Judge David Nuffer |

Before the court are the following documents: Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241;[1] Emergency Motion to Enforce Court Order, for Order to Show Cause Regarding Contempt, and for Immediate Relief, Including Sanctions;[2] Stipulated Motion to Grant Petitioner's Emergency Motion to Enforce Court Order, Deny Petitioner's Motion for Order to Show Cause and Sanctions, and Dismiss Petitioner's Petition for Habeas Corpus (ECF No. 22).[3]

In acknowledgement of the agreement reached by the parties, IT IS HEREBY ORDERED as follows:

    1.     The Court GRANTS IN PART the Emergency Motion to Enforce Court Order, for Order to Show Cause Regarding Contempt, and for Immediate Relief,

---

[1] Docket no. 1, filed May 5, 2026.

[2] Docket no. 14, filed May 12, 2026.

[3] Docket no. 23, filed May 23, 2026.

Including Sanctions,[4] and ORDERS Immigration and Customs Enforcement ("ICE") to facilitate Petitioner's return to the state of Utah at ICE's expense from a U.S. port of entry identified by the petitioner with reasonable notice;

2. The Court GRANTS IN PART the Emergency Motion to Enforce Court Order, for Order to Show Cause Regarding Contempt, and for Immediate Relief, Including Sanctions,[5] and ORDERS ICE, within 24 hours of Petitioner arrival in the state of Utah, to release Petitioner from custody, on the condition that he (a) enroll in Alternatives to Detention ("ATD"), (b) wear an ankle monitor subject to check-ins and (c) voluntarily depart the United States at his expense within thirty (30) days of his return to Utah and release from custody. ICE may take Petitioner back into custody and remove him from the United States if these conditions are violated;

3. The Court DENIES IN PART the Emergency Motion to Enforce Court Order, for Order to Show Cause Regarding Contempt, and for Immediate Relief, Including Sanctions,[6] and ORDERS that no sanctions shall be imposed upon Respondents, nor shall Respondents be ordered to show cause why they should not be held in contempt;

4. The Court RESCINDS the May 13, 2026, Docket Text Order[7] setting a briefing schedule; and

---

[4] Docket no. 14, filed May 12, 2026.

[5] *Id.*

[6] *Id.*

[7] Docket no. 18, filed May 13, 2026.

5.       The Court DISMISSES without prejudice Petitioner's Petition for Writ of Habeas Corpus.[8]

6.       All other pending motions in the case are MOOT.

7.       The Clerk is directed to close the case.

Signed May 15, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[8] Docket no. 1, filed May 5, 2026.